WILLIAM DONALDSON, RESPONDENT, v. JAMES H. TRUESDELL, APPELLANT.

APPEAL from a judgment of the Westchester County Court affirming a judgment of a justice of the peace in favor of the plaintiff.

The action was brought to recover on a check given by defendant, and claimed by him to be an accommodation check, and for which defendant claimed that the plaintiff, the indorsee, had not given any value. The General Term was of opinion that there was proof from which the justice was justified in finding that value had been given for the check, and affirmed the judgment.

*J. S. Millard*, for the appellant.

*Wm. F. Purdy*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Judgment affirmed, with costs.